IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ELIZABETH VENTURINI | ) | CASE NO. 17-37600 |
| DEBTORS | ) | JUDGE: JACQUELINE P. COX |
| | ) | |

### NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

  PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Carol A. Doyle, in **Courtroom 742, of the Federal Courthouse,** located at **219 S. Dearborn St. in Chicago, Illinois** on July 9, 2018 at 10:00 a.m. and then and there present the attached Motion.

                */s/ Daniel B. Roth*
                DANIEL B. ROTH

Daniel B. Roth
Citizens Law Group Ltd.
3069 W. Armitage
Chicago, IL 60647
(312) 361-3833
Daniel@citizenslawltd.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

| IN RE: | ) | CHAPTER 13 |
|---|---|---|
|  | ) |  |
| ELIZABETH VENTURINI | ) | CASE NO. 17-37600 |
| DEBTORS | ) |  |
|  | ) | JUDGE: JACQUELINE P. COX |

## MOTION TO MODIFY PLAN

NOW COMES THE DEBTOR, Elizabeth Venturini, by and through his attorney Daniel B. Roth, who moves this Honorable court for the entry of an order modifying the Debtor's Chapter 13 plan to defer the existing default and in support thereof, Debtors state as follows:

1. On December 20, 2017, the Debtor commenced the above-captioned case by filing a voluntary petition for the adjustment of debts of an individual with regular income under Chapter 13 of Title 11 of the United States Code.

2. This case is still pending before this Honorable Court. Accordingly, jurisdiction is proper pursuant to 28 U.S.C. §1334 and 28 U.S.C. §157(a) and (b).

3. Venue is proper in this district pursuant to 28 U.S.C. §1409(a).

4. On March 19, 2018, the Debtor's plan was confirmed. The plan proposes to pay $425 for 60 months with unsecured creditors receiving 3% of timely filed claims

5. The Debtor fell behind on his payments when she had some unexpected home related expenses.

6. The Debtor is on fixed income and while she can make his regular monthly payments, she cannot catch up in a reasonable time.

7. The Debtor is requesting that any remaining default be deferred until the end of the plan.

8. In order to insure that the plan completes within 60 months, Debtors request that the payments be increased to $435 beginning with the July payment.

9. If the default is deferred and the payment increased, the plan would conclude in 60 months and unsecured creditors will receive at least 3% of timely filed claims.

10. Pursuant to 11 U.S.C. §1329(a), at any time after confirmation of the plan but before the completion of payments under such plan, the plan may be modified, upon request

of the debtor, the trustee, or the holder of an allowed unsecured claim, to — (1) increase or reduce the amount of payments on claims of a particular class provided for by the plan; (2) extend or reduce the time for such payments; or (3) alter the amount of the distribution to a creditor whose claim is provided for by the plan to the extent necessary to take account of any payment of such claim other than under the plan.

WHEREFORE, Debtor prays this Court enter an Order modifying the Debtor's Chapter 13 plan to defer the existing default, increasing the payment to $436, and any other relief deemed necessary and just.

Respectfully submitted,
**/s/ Daniel B. Roth**
Daniel B. Roth

Daniel B. Roth
Citizens Law Group Ltd.
3069 W. Armitage
Chicago, IL 60647
(312) 361-3833
Daniel@citizenslawltd.com