UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Elizabeth Venturini<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  17-37600<br><br>Chapter:  13<br>Honorable Jacqueline Cox |

## ORDER MODIFYING PLAN

On this matter coming before the court on Debtor's Motion to Modify Plan, all parties present or represented by counsel, and the court being fully advised in the premises,

IT IS HEREBY ORDERED

1. The existing default is deferred until the end of the plan

2. The monthly payment to the Trustee is increased to $436 for the remainder of the plan

Enter:

*Jacqueline P. Cox*
J . Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  JUL - 9 2018

**Prepared by:**
Daniel B. Roth
Citizens Law Group Ltd.
3064 W. Armitage
Chicago, IL 60647
(312) 361-3833
Daniel@citizenslawltd.com

Rev: 20170105_bko