UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: ELIZABETH VENTURINI ) Case No. 17 B 37600
)
Debtor ) Chapter 13
)
) Judge: JACQUELINE P COX

## NOTICE OF MOTION

ELIZABETH VENTURINI

724 PATTON DR.
BUFFALO GROVE, IL 60089

CITIZENS LAW GROUP LTD
via Clerk's ECF noticing procedures

Please take notice that on July 22, 2019 at 9:30 am my designee or I will appear before the Honorable Judge JACQUELINE P COX at 219 South Dearborn Courtroom 680, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on June 13, 2019.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On December 20, 2017 the Debtor filed a petition under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan was confirmed on March 19, 2018.

   A summary of the debtor's plan follows:

   Monthly Payment $436.00             Last Payment Received: 01/02/2019

   Amount Paid $4,545.00                Amount Delinquent $1,101.00

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to § 1307 (c) (6).

Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900

/s/ Tom Vaughn